## 2023  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L20000085727

**Entity Name:** JOWERS VARGAS LLC

**FILED**
**Mar 24, 2023**
**Secretary of State**
**9101806488CC**

**Current Principal  Place of Business:**

612 HIBISCUS DRIVE
HALLANDALE BEACH,  FL  33009

**Current Mailing Address:**

1090 BASCOMB FARM DRIVE
ALPHARETTA, GA  30009  US

**FEI Number:** 85-0504282

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

LEGALINC CORPORATE SERVICES INC.
476 RIVERSIDE AVE.
JACKSONVILLE, FL  32202  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                    Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | AMBR | | Title | AMBR |
| Name | LAMB, ALEXIS | | Name | JOWERS, EVAN |
| Address | 612 HIBISCUS DRIVE | | Address | 612 HIBISCUS DRIVE |
| City-State-Zip: | HALLANDALE BEACH  AL  33009 | | City-State-Zip: | HALLANDALE BEACH  AL  33009 |

| | |
|---|---|
| Title | AMBR |
| Name | VARGAS, ALEJANDRO |
| Address | 612 HIBISCUS DRIVE |
| City-State-Zip: | HALLANDALE BEACH  AL  33009 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ALEXIS LAMB                                                    MEMBER                              03/24/2023

Electronic Signature of Signing Authorized Person(s) Detail                                                    Date

Exhibit 3 to Original Complaint                                              Page 1 of 10

## 2022  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L20000085727

**Entity Name:** JOWERS VARGAS LLC

**Current Principal  Place of Business:**

1150 NW 72ND AVE TOWER I STE 455 #1248
MIAMI,  FL  33126

**Current Mailing Address:**

1150 NW 72ND AVE TOWER I STE 455 #1248
MIAMI,  FL  33126  US

**FEI Number: 85-0504282**

**Name and Address of Current Registered Agent:**

LEGALINC CORPORATE SERVICES INC.
5237 SUMMERLIN COMMONS
SUITE 400
FORT MYERS, FL  33907  US

**FILED**
**Apr 14, 2022**
**Secretary of State**
**5404997777CC**

Certificate of Status Desired:  No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                   Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | AMBR | | Title | AMBR |
| Name | LAMB, ALEXIS | | Name | JOWERS, EVAN |
| Address | 1150 NW 72ND AVE TOWER I STE 455 #1248 | | Address | 1150 NW 72ND AVE TOWER I STE 455 #1248 |
| City-State-Zip: | MIAMI FL 33126 | | City-State-Zip: | MIAMI FL 33126 |

| | |
|---|---|
| Title | AMBR |
| Name | VARGAS, ALEJANDRO |
| Address | 1150 NW 72ND AVE TOWER I STE 455 #1248 |
| City-State-Zip: | MIAMI FL 33126 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ALEXIS LAMB                          MEMBER                          04/14/2022

Electronic Signature of Signing Authorized Person(s) Detail                          Date

Exhibit 3 to Original Complaint                          Page 2 of 10

## 2021  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L20000085727

**Entity Name:** JOWERS VARGAS LLC

**FILED**
**Apr 07, 2021**
**Secretary of State**
**4612818013CC**

**Current Principal  Place of Business:**

3901 NW 79TH AVE, STE 245 #1248
MIAMI,  FL  33166

**Current Mailing Address:**

3901 NW 79TH AVE SUITE 245 #1248
MIAMI,  FL  33166  US

**FEI Number: 85-0504282**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

LEGALINC CORPORATE SERVICES INC.
5237 SUMMERLIN COMMONS
SUITE 400
FORT MYERS, FL  33907  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | AMBR | Title | AMBR |
|---|---|---|---|
| Name | LAMB, ALEXIS | Name | JOWERS, EVAN |
| Address | 3901 NW 79TH AVE, STE 245 #1248 | Address | 3901 NW 79TH AVE, STE 245 #1248 |
| City-State-Zip: | MIAMI  FL  33166 | City-State-Zip: | MIAMI  FL  33166 |

| Title | AMBR |
|---|---|
| Name | VARGAS, ALEJANDRO |
| Address | 3901 NW 79TH AVE, STE 245 #1248 |
| City-State-Zip: | MIAMI  FL  33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: ALEXIS LAMB | MEMBER | 04/07/2021 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

Exhibit 3 to Original Complaint                          Page 3 of 10

L200000 85727

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

600343896706

05/01/20--01011--014   **25.00

2020 MAY -1 PM 2:03

Exhibit 3 to Original Complaint                                        Page 4 of 10

# COVER LETTER

**TO:**    **Registration Section**
            **Division of Corporations**

                    JOWERS VARGAS LLC
**SUBJECT:** _____
                            Name of Limited Liability Company


The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:


            LOVETTE DOBSON
            _____
                            Name of Person

            INCFILE.COM LLC
            _____
                            Firm/Company

            17350 STATE HWY 249 STE 220
            _____
                            Address

            HOUSTON, TX 77064
            _____
                        City/State and Zip Code

            EFILE1234@INCFILE.COM
            _____
                E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

LOVETTE DOBSON                              855        829-9090
_____    at (_____) _____
            Name of Person                        Area Code      Daytime Telephone Number


Enclosed is a check for the following amount:

☑ $25.00 Filing Fee     ☐ $30.00 Filing Fee &      ☐ $55.00 Filing Fee &      ☐ $60.00 Filing Fee,
                            Certificate of Status       Certified Copy             Certificate of Status &
                                                        (additional copy is enclosed)   Certified Copy
                                                                                        (additional copy is enclosed)


            **Mailing Address:**                          **Street Address:**
            Registration Section                          Registration Section
            Division of Corporations                      Division of Corporations
            P.O. Box 6327                                 The Centre of Tallahassee
            Tallahassee, FL 32314                         2415 N. Monroe Street, Suite 810
                                                          Tallahassee, FL 32303


Exhibit 3 to Original Complaint                          Page 5 of 10

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

JOWERS VARGAS LLC
_____
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on 03/19/2020 _____ and assigned

Florida document number L20000085727 _____.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent: _____

New Registered Office Address: _____
                                        *Enter Florida street address*

_____, **Florida** _____
                    *City*                                          *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent</u>:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, **<u>Signature of New Registered Agent</u>**

Exhibit 3 to Original Complaint                          Page 6 of 10

**If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added</u> <u>or removed from our records</u>:**

**MGR =   Manager**
**AMBR = Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| AMBR | YULIYA VINOKUROVA | 3901 NW 79TH AVE SUITE 245 #1248 | ☐Add |
| | | MIAMI, FL 33166 | ☑Remove |
| | | | ☐Change |
| | | | ☐Add |
| | | | ☐Remove |
| | | | ☐Change |
| | | | ☐Add |
| | | | ☐Remove |
| | | | ☐Change |
| | | | ☐Add |
| | | | ☐Remove |
| | | | ☐Change |
| | | | ☐Add |
| | | | ☐Remove |
| | | | ☐Change |
| | | | ☐Add |
| | | | ☐Remove |
| | | | ☐Change |

Exhibit 3 to Original Complaint                     Page 7 of 10

**D.  If amending any other information, enter change(s) here:**  *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E.  Effective date, if other than the date of filing:** _____ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:**  If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of: (b)   The 90th day after the record is filed.

Dated  APRIL 8                                        2020

_____
Signature of a member or authorized representative of a member

ALEXIS LAMB - AMBR
_____
Typed or printed name of signee

Exhibit 3 to Original Complaint                    Page 8 of 10

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L20000085727
FILED 8:00 AM
March 19, 2020
Sec. Of State
tscott

## Article I

The name of the Limited Liability Company is:

JOWERS VARGAS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3901 NW 79TH AVE SUITE 245 #1248
MIAMI, FL. US  33166

The mailing address of the Limited Liability Company is:

3901 NW 79TH AVE SUITE 245 #1248
MIAMI, FL. US  33166

## Article III

The name and Florida street address of the registered agent is:

LEGALINC CORPORATE SERVICES INC.
5237 SUMMERLIN COMMONS
SUITE 400
FORT MYERS, FL.  33907

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:  PATTY SCLIMENTI

Exhibit 3 to Original Complaint

# Article IV

The name and address of person(s) authorized to manage LLC:

L20000085727
FILED 8:00 AM
March 19, 2020
Sec. Of State
tscott

Title:   AMBR
ALEXIS  LAMB
3901 NW 79TH AVE SUITE 245 #1248
MIAMI, FL.  33166  US

Title:   AMBR
EVAN  JOWERS
3901 NW 79TH AVE SUITE 245 #1248
MIAMI, FL.  33166  US

Title:   AMBR
ALEJANDRO  VARGAS
3901 NW 79TH AVE SUITE 245 #1248
MIAMI, FL.  33166  US

Title:   AMBR
YULIYA  VINOKUROVA
3901 NW 79TH AVE SUITE 245 #1248
MIAMI, FL.  33166  US

## Signature of member or an authorized representative

Electronic Signature: LOVETTE DOBSON

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

Exhibit 3 to Original Complaint                    Page 10 of 10