## 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000222767

**Entity Name:** JOWERS LANGER LLC

**Current Principal Place of Business:**

1565 LUDLOW ROAD
MARCO ISLAND, FL 34145

**Current Mailing Address:**

1565 LUDLOW ROAD
MARCO ISLAND, FL 34145 US

**FEI Number:** 83-2897133

**Name and Address of Current Registered Agent:**

LAMB, ALEXIS
1565 LUDLOW ROAD
MARCO ISLAND, FL 34145 US

**FILED**
**Jan 14, 2022**
**Secretary of State**
**8926861812CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEXIS LAMB                                                                                                 01/14/2022
           Electronic Signature of Registered Agent                                                                     Date

**Authorized Person(s) Detail :**

| Title | COO | Title | CEO |
| --- | --- | --- | --- |
| Name | LAMB, ALEXIS CARLA | Name | JOWERS, EVAN |
| Address | 1565 LUDLOW ROAD | Address | 1565 LUDLOW ROAD |
| City-State-Zip: | MARCO ISLAND FL 34145 | City-State-Zip: | MARCO ISLAND FL 34145 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LAMB, ALEXIS CARLA                                          PARTNER                                01/14/2022
           Electronic Signature of Signing Authorized Person(s) Detail                                                  Date

Exhibit 4 to Original Complaint                                                                         Page 1 of 9

## 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000222767

**Entity Name:** JOWERS LANGER LLC

**Current Principal Place of Business:**

1565 LUDLOW ROAD
MARCO ISLAND, FL 34145

**Current Mailing Address:**

1565 LUDLOW ROAD
MARCO ISLAND, FL 34145 US

**FEI Number:** 83-2897133

**Name and Address of Current Registered Agent:**

LAMB, ALEXIS
1565 LUDLOW ROAD
MARCO ISLAND, FL 34145 US

**FILED**
**Jan 19, 2021**
**Secretary of State**
**1866315018CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEXIS LAMB                                                                01/19/2021
            Electronic Signature of Registered Agent                                    Date

### Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | COO | | Title | CEO |
| Name | LAMB, ALEXIS CARLA | | Name | JOWERS, EVAN |
| Address | 1565 LUDLOW ROAD | | Address | 1565 LUDLOW ROAD |
| City-State-Zip: | MARCO ISLAND FL 34145 | | City-State-Zip: | MARCO ISLAND FL 34145 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ALEXIS  CARLA LAMB                                 COO                       01/19/2021
            Electronic Signature of Signing Authorized Person(s) Detail                 Date

Exhibit 4 to Original Complaint                                            Page 2 of 9

## 2020 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT
DOCUMENT# L18000222767

**Entity Name:** JOWERS LANGER LLC

**Current Principal Place of Business:**

240 NW 25TH ST
537
MIAMI, FL 33127

**FILED**
**Feb 27, 2020**
**Secretary of State**
**2433143664CR**

**Current Mailing Address:**

240 NW 25TH ST
537
MIAMI, FL 33127 US

**FEI Number:** 83-2897133

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

LAMB, ALEXIS
240 NW 25TH ST
537
MIAMI, FL 33127 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ALEXIS LAMB                                                                                   02/27/2020
_____
          Electronic Signature of Registered Agent                                                                Date

**Authorized Person(s) Detail :**

| Title | COO | Title | OTHER |
|---|---|---|---|
| Name | LAMB, ALEXIS | Name | LANGER, ADAM |
| Address | 240 NW 25TH ST 537 | Address | 240 NW 25TH ST 537 |
| City-State-Zip: | MIAMI FL 33127 | City-State-Zip: | MIAMI FL 33127 |

| Title | CEO |
|---|---|
| Name | JOWERS, EVAN |
| Address | 240 NW 25TH ST 537 |
| City-State-Zip: | MIAMI FL 33127 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: ALEXIS LAMB                                                    COO                                02/27/2020
_____
     Electronic Signature of Signing Authorized Person(s) Detail                                           Date

Exhibit 4 to Original Complaint                                                  Page 3 of 9

## 2020 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L18000222767

**Entity Name:** JOWERS LANGER LLC

**Current Principal Place of Business:**

240 NW 25TH ST
537
MIAMI, FL 33127

**Current Mailing Address:**

240 NW 25TH ST
537
MIAMI, FL 33127 US

**FEI Number:** 83-2897133

**Name and Address of Current Registered Agent:**

LAMB, ALEXIS
240 NW 25TH ST
537
MIAMI, FL 33127 US

**FILED**
**Feb 27, 2020**
**Secretary of State**
**2433143664CR**

**Certificate of Status Desired:** Yes

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  ALEXIS LAMB                                                                                    02/27/2020
                      Electronic Signature of Registered Agent                                                      Date

### Authorized Person(s) Detail :

| Title | COO | Title | OTHER |
|---|---|---|---|
| Name | LAMB, ALEXIS | Name | LANGER, ADAM |
| Address | 240 NW 25TH ST 537 | Address | 240 NW 25TH ST 537 |
| City-State-Zip: | MIAMI FL 33127 | City-State-Zip: | MIAMI FL 33127 |
| Title | CEO | | |
| Name | JOWERS, EVAN | | |
| Address | 240 NW 25TH ST 537 | | |
| City-State-Zip: | MIAMI FL 33127 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes: and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ALEXIS LAMB                                                   COO                              02/27/2020
                  Electronic Signature of Signing Authorized Person(s) Detail                                         Date

Exhibit 4 to Original Complaint                                      Page 4 of 9

# L18000222767

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



800318703738

FILED
18 SEP 20 AM 9: 17
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

18 SEP 20 PM 3: 53

SEP 21 2018
T. SCHROEDER

Exhibit 4 to Original Complaint                    Page 5 of 9

## FLORIDA FILING & SEARCH SERVICES, INC.
P.O. BOX 10662  TALLAHASSEE, FL  32302
155 Office Plaza Dr  Ste A  Tallahassee FL  32301
PHONE:  (800) 435-9371;  FAX:  (866) 860-8395

DATE:   9/20/18

NAME:   JOWERS LANGER LLC

TYPE OF FILING:   ARTICLES

COST:   155.00

RETURN:   CERTIFIED COPY PLEASE

ACCOUNT: FCA000000015

AUTHORIZATION:   ABBIE/PAUL HODGE   *Abbie Hodge*

Exhibit 4 to Original Complaint                    Page 6 of 9

## COVER LETTER

TO: New Filing Section
Division of Corporations

SUBJECT: __Jowers Langer LLC_____
Name of Limited Liability Company

The enclosed Articles of Organization and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_____
Name of Person

Florida Filing & Search Services, Inc.
_____
Firm/Company

155 Office Plaza Drive, Suite A
_____
Address

Tallaassee, FL 32301
_____
City/State and Zip Code

adamlanger@gmail.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Adam Langer         at ( 917 )   501-9376
Name of Person      Area Code   Daytime Telephone Number

Enclosed is a check for the following amount:

[ ] $125.00 Filing Fee   [ ] $130.00 Filing Fee & Certificate of Status   [✓] $155.00 Filing Fee & Certified Copy (additional copy is enclosed)   [ ] $160.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**Mailing Address**
New Filing Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
New Filing Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

Exhibit 4 to Original Complaint                Page 7 of 9

ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

Jowers Langer LLC
(Must contain the words "Limited Liability Company, "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

| Principal Office Address: | Mailing Address: |
|---|---|
| 1830 South Ocean Drive, Apt. 5102 | 1830 South Ocean Drive, Apt. 5102 |
| Hallandale Beach, FL 33009 | Hallandale Beach, FL 33009 |

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

Adam Langer
Name

1830 South Ocean Drive, Apt. 5102
Florida street address (P.O. Box NOT acceptable)

| Hallandale, | FL | 33009 |
|---|---|---|
| City | State | Zip |

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S..*

X _____
Registered Agent's Signature (REQUIRED)

(CONTINUED)

FILED
18 SEP 20 AM 9:17
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

Exhibit 4 to Original Complaint                Page 8 of 9

**ARTICLE IV-**
The name and address of each person authorized to manage and control the Limited Liability Company:

**Title:**
"AMBR" = Authorized Member
"MGR" = Manager
AMBER

**Name and Address:**

Adam Langer
1830 South Ocean Drive, Apt. 5102
Hallandale, FL 33009

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: _____. (OPTIONAL)
(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**ARTICLE VI:** Other provisions, if any.

**REQUIRED SIGNATURE:** [signature]

Signature of a member or an authorized representative of a member.
This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes.
I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155. F.S.

Adam Langer
Typed or printed name of signee

**Filing Fees:**
$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent
$ 30.00 Certified Copy (Optional)
$  5.00 Certificate of Status (Optional)

FILED 18 SEP 20 AM 9:17 SECRETARY OF STATE TALLAHASSEE FLORIDA

Exhibit 4 to Original Complaint                                      Page 9 of 9