

| Search ▾ | Product ▾ | Shopping ▾ | About e-Search ▾ | Logout |

Welcome!   **System Clock:** 10-JUN-2023 06:45:30 GMT +0800

## Company Particulars Search

Your Search: CR No.: = 2453926

| | |
|---|---|
| **CR No.:** | 2453926 |
| **Company Name:** | Legis Ventures (HK) Company Limited |
| **Company Type:** | Private company limited by shares |
| **Date of Incorporation:** | 21-NOV-2016 |
| **Active Status:** | Live |
| **Remarks:** | - |
| **Winding Up Mode:** | - |
| **Date of Dissolution / Ceasing to Exist:** | - |
| **Register of Charges:** | Unavailable |
| **Important Note:** | - |

### Name History

| Effective Date | Name Used |
|---|---|
| 21-NOV-2016 | Legis Ventures (HK) Company Limited |

### Registered Office

| | |
|---|---|
| **Registered Office:** | ROOM 1104, CRAWFORD HOUSE 70 QUEEN'S ROAD CENTRAL CENTRAL, HONG KONG |

### Share Capital

| | |
|---|---|
| **Issued:** | HKD 30,000 |
| **Paid-Up:** | HKD 30,000 |

### List of Directors

**Director**

| No. | Name in English | Name in Chinese | HKID No. / CR No. | Passport No. / China ID No. | Passport Issuing Country/Region | Director Type | Director Particulars | All Directorships |
|---|---|---|---|---|---|---|---|---|
| 1 | JOWERS, EVAN PHILLIP | - | M847*** (*) | - | - | Natural Person | | ▸ |

### Particulars of Company Secretary

Exhibit 5 to Original Complaint                                      Page 1 of 2

***Particulars of Company Secretary (Natural Person) #1***

| | |
|---|---|
| **Surname:** | GERBER |
| **Other Names:** | JASON PAUL |
| **Chinese Name:** | - |
| **Previous Name:** | - |
| **Alias:** | - |
| **Correspondence Address:** | FLAT D, 9/F, BLOCK 5, LE BLEU DEUX 12 TUNG CHUNG WATERFRONT ROAD TUNG CHUNG, LANTAU ISLAND, NEW TERRITORIES, HONG KONG |
| **HKID No.:** | P391***(*) |
| **Passport No. / China ID No.:** | - |
| **Passport Issuing Country/Region:** | - |
| **Date of Appointment:** | 20-NOV-2020 |
| **Important Note:** | - |

**Particulars of Receiver and Manager**

---

**Particulars of Liquidator**

---

**Please select the Order Type:**

Order certified report    HK$152.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.
Note 2: "China ID No." means "People's Republic of China Resident Identity Card Number".

Back

Back to top
ICRIS_Ver_1_0_6_Build_06_12
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.

Exhibit 5 to Original Complaint                                    Page 2 of 2