Transcript of Alexis Lamb
Conducted on December 16, 2020                                   134

10   Q.   Okay.  And the final determination about that

11 is made by Evan Jowers or someone else?

12   A.   I mean I -- I mean from my standpoint,

13 it looked like these agreements with the other

14 recruiters on our team, it looks like it's a mutual

15 decision after discussions.

16   Q.   But would be signed off by Mr. Jowers?

17   A.   Yeah.

18   Q.   So if there's a deal regarding commissions

19 with a recruiter, that would be a deal that was

20 signed off on by Mr. Jowers?

21   A.   Um, what do you mean by a deal involving

22 commissions?

23   Q.   If there was a -- if there was an agreement

24 with a recruiter regarding what that recruiter's

25 commission percentage was to be, that would be a --

Exhibit 7 to Original Complaint                    Page 1 of 3

Transcript of Alexis Lamb
Conducted on December 16, 2020                                    135

1    something that was signed off on by Mr. Jowers?

2      A.   Yeah.

3      Q.   Okay.  And -- all right.  If there are such

4    agreements with recruiters, you as the head of

5    operations do not have them, is that what you're

6    telling me or that we've said before?  I don't want

7    to put words in your mouth.

8      A.   I mean what I said -- what -- what I said was

9    I mean we don't -- I mean I have not seen any actual

10   formal written agreement.

11        But it's clear that the cand -- it's clear

12   that our team has agreed to what they've agreed to

13   and it's -- you know, it's somewhere -- it's

14   somewhere in writing whether that -- you know,

15   I'm sure it's somewhere in writing whether that be,

16   you know, in a text message or something like that,

17   it's -- I mean you don't necessarily need a formal

18   agreement to sign on the dotted line to keep a team

19   together.  I mean we have a really strong team.

20     Q.   No, I understand the team is a strong team.

21   You still need some sort of a deal in case there's

22   ever a disagreement, right?

23     A.   I mean, yeah, I -- I do agree that I mean,

24   yes, there is I mean...

25     Q.   And who would know about those deals or that

Exhibit 7 to Original Complaint                    Page 2 of 3

Transcript of Alexis Lamb
Conducted on December 16, 2020                    136

```
 1  might be had with all those recruiters other than

 2  Mr. Jowers?

 3    A.   I mean the recruiters themselves to be

 4  honest.

 5    Q.   Okay, so Mr. Jowers would make -- would know

 6  the deal that he made with a recruiter and the

 7  recruiter would know the deal they made with

 8  Mr. Jowers, that's what you're saying?

 9    A.   To my knowledge, that's how it's -- that's

10  how it's done.

11    Q.   Okay.  A candidate named Benjamin Su (ph) --

12  Su was placed at Latham after you arrived, is that

13  right?

14    A.   Um, I think it may have just -- may have just

15  happened right as I -- right as I was joining.

16    Q.   Okay.  So you did not have any role in the

17  placement of Ben Su?

18    A.   No, I did not.

19    Q.   Mr. Jowers had a role in the placement of

20  Ben Su, correct?

21    A.   I mean I assume he did.

22    Q.   Who else would have had a role in the

23  placement of Ben Su?

24    A.   I mean Alejandro and -- and Ulia.

25    Q.   Okay.  Do you have any personal knowledge
```

Exhibit 7 to Original Complaint                    Page 3 of 3