| | | |
|---|---|---|
| 11:35:00 | 1 | to the revolving loan, whether I believed it was a fair |
| 11:35:05 | 2 | loan, a payday loan, whatever, I wanted to have a zero |
| 11:35:09 | 3 | balance.  I wanted to have Kinney and I move on with our |
| 11:35:14 | 4 | lives and cooperate, perhaps we could work on projects |
| 11:35:20 | 5 | together.  I just didn't feel that I should have to stay |
| 11:35:23 | 6 | working for him for the rest of my life in this situation. |
| 11:35:31 | 7 | Q.   So you haven't brought any of these other people in |
| 11:35:33 | 8 | that you claim have done some analysis that shows that you |
| 11:35:37 | 9 | owe -- or you're owed another 40-something-thousand |
| 11:35:42 | 10 | dollars to provide us any evidence of any additional |
| 11:35:44 | 11 | credits that your -- |
| 11:35:45 | 12 | A.   I understand it's far past the time to have an expert |
| 11:35:50 | 13 | witness, but I understand that my attorneys have relied on |
| 11:35:57 | 14 | expertise of forensic accountants or people in that sort |
| 11:36:00 | 15 | of field in preparing for this trial.  And that's -- and I |
| 11:36:09 | 16 | -- while I haven't been inquiring about this so much |
| 11:36:11 | 17 | because I've been more preparing -- I've been working, |
| 11:36:15 | 18 | trying to keep my company going, prepare for my own |
| 11:36:18 | 19 | testimony, but, you know, it's been mentioned to me that |
| 11:36:25 | 20 | the company owed me money when I left.  So it's been |
| 11:36:30 | 21 | mentioned to me by my legal team. |
| 11:36:32 | 22 | Q.   When you say you're trying to keep your company |
| 11:36:34 | 23 | going, what company is that? |
| 11:36:35 | 24 | A.   Well, I consider my company is Jowers Vargas, right? |
| 11:36:40 | 25 | But that's the trade name that we use.  Now, in the U.S., |

| | | |
|---|---|---|
| 11:36:44 | 1 | it's Jowers Vargas, LLC as the official registered name |
| 11:36:48 | 2 | with Florida. And then, in Hong Kong, there's a company |
| 11:36:51 | 3 | called Legis Ventures Hong Kong Company Limited, which is |
| 11:36:54 | 4 | the registered name. But we don't use that name in trade, |
| 11:37:00 | 5 | except law firms for legal reasons prefer to sign |
| 11:37:06 | 6 | placement fee agreements with us with our official, you |
| 11:37:10 | 7 | know, Hong Kong name, instead of our D/B/A, right, or |
| 11:37:16 | 8 | doing business as Jowers Vargas. |
| 11:37:20 | 9 | So yes. If you ask me who do I work for, what |
| 11:37:23 | 10 | company am I a partner of, have ownership interest in, I |
| 11:37:27 | 11 | would just say Jowers Vargas. |
| 11:37:28 | 12 | Q. And Jowers Vargas is -- consists of three companies, |
| 11:37:33 | 13 | Legis Ventures of Hong Kong, the Jowers Vargas, LLC in |
| 11:37:35 | 14 | Florida, and the Jowers Langer, LLC in Florida? |
| 11:37:39 | 15 | A. Yes, although Jowers Langer is a company that still |
| 11:37:44 | 16 | exists, but we're not really -- we were never doing |
| 11:37:48 | 17 | business as Jowers Langer. My initial plan was that there |
| 11:37:53 | 18 | would be a Jowers group and that we would have several |
| 11:37:58 | 19 | companies around the world with my key partners in those |
| 11:38:02 | 20 | regions, and there would be a Jowers Vargas in Hong Kong, |
| 11:38:06 | 21 | a Jowers Langer in New York, a Jowers this or that |
| 11:38:08 | 22 | somewhere else. |
| 11:38:10 | 23 | We just started to be known as Jowers Vargas and |
| 11:38:17 | 24 | Adam Langer, who was a partner in our business, he left to |
| 11:38:20 | 25 | start his own company. And, you know, we have an amazing |

| | | |
|---|---|---|
| 11:38:25 | 1 | recruiter in the U.S. and she -- you know, she preferred |
| 11:38:32 | 2 | that -- everyone preferred it be Jowers Vargas, so we just |
| 11:38:35 | 3 | -- it wouldn't be confusing to clients.  So we kind of had |
| 11:38:38 | 4 | a partner kind of company colleagues decision, hey, we're |
| 11:38:41 | 5 | just going to be Jowers Vargas, you know, and people sort |
| 11:38:45 | 6 | of didn't like my idea and plans of having this Jowers |
| 11:38:48 | 7 | group with ten different Jowers this or that. |
| 11:38:50 | 8 | I just didn't want my company to be called the |
| 11:38:54 | 9 | Evan Jowers company the Jowers company.  I just didn't |
| 11:38:57 | 10 | feel comfortable.  It's a little embarrassing. |
| 11:39:00 | 11 | Q.   And are you recruiting for that company? |
| 11:39:06 | 12 | A.   I am -- you know, I own.  I'm an owner of Jowers |
| 11:39:14 | 13 | Vargas, LLC.  I'm a director of Legis Ventures if we're |
| 11:39:18 | 14 | going to use the official registered name.  I'm |
| 11:39:21 | 15 | technically not an owner of Legis Ventures, which is |
| 11:39:23 | 16 | really just -- I would say it's not semantics.  It's real. |
| 11:39:29 | 17 | When I left Kinney, you know, I was trying my best to |
| 11:39:34 | 18 | cooperate with the Hong Kong government as to why I had |
| 11:39:36 | 19 | been working there illegally for a couple of years.  I |
| 11:39:40 | 20 | needed a company to sponsor the work visa but Legis |
| 11:39:45 | 21 | Ventures didn't -- was a new company that Alejandro Vargas |
| 11:39:48 | 22 | had formed before I left.  And I was advised by lawyers at |
| 11:39:55 | 23 | the Withers Bergman or Withers worldwide, they go by now, |
| 11:40:01 | 24 | I was advised by their immigration lawyers that the only |
| 11:40:05 | 25 | way I could get a work visa is if Legis Ventures were to |

```
11:40:12   1   sponsor me.  And the immigration department would not have
11:40:17   2   liked it if I was already an owner and right away,
11:40:22   3   officially like living in Hong Kong again.
11:40:25   4            So it took us a long time to get the work visa,
11:40:29   5   the Hong Kong residence card.  It was probably -- I mean,
11:40:33   6   it was an expensive and long process and which was very
11:40:38   7   much complicated by the fact that -- by the situation I
11:40:41   8   was in from 18 months from mid '15 to the end of '16 where
11:40:48   9   I was living and working in Hong Kong but without a work
11:40:50  10   visa, without a residency card.  Yeah.  To be honest, I
11:40:57  11   thought I was going to be arrested.
11:41:00  12            I had a lot of reasons to leave Kinney.  I
11:41:03  13   thought I was in corporate bondage for ten years, but the
11:41:06  14   consequences of leaving and facing a lawsuit and having my
11:41:09  15   commissions withheld from me and being in this five-year
11:41:13  16   litigation were so extreme that I don't know if I would
11:41:16  17   have left if it wasn't what finally pushed me to take the
11:41:20  18   risk of leaving, and that's that I was in a situation
11:41:24  19   where I had been informed by persons that were in the know
11:41:29  20   who had spoken to Kinney, and I also saw that 18 months
11:41:33  21   went by and I obviously was lied to about the work visa.
11:41:37  22            But I also understood that my former colleague,
11:41:41  23   Alexis Lamb, he waited two years to give her a work visa,
11:41:46  24   but she got one eventually.  So even though she was
11:41:49  25   working illegally, not by her choice in Hong Kong for two
```

120

| | | |
|---|---|---|
| 11:41:52 | 1 | years, she eventually got it.  And my first twelve months |
| 11:41:55 | 2 | in Hong Kong, I hit my highest revenue I'd ever done in |
| 11:41:59 | 3 | twelve months at Kinney. |
| 11:42:00 | 4 | So I thought okay, he's going to come through and |
| 11:42:02 | 5 | this was some sort of carrot, even though it was the legal |
| 11:42:05 | 6 | requirement and it was promised to me.  But I realized |
| 11:42:07 | 7 | that was never going to happen.  And when I confronted him |
| 11:42:12 | 8 | about that after I left, when I was still willing to work |
| 11:42:15 | 9 | things out, he admitted that he had gotten legal advice |
| 11:42:19 | 10 | from the Gall Law Firm and that he had decided shortly |
| 11:42:23 | 11 | after I moved to Hong Kong to never give me a work visa. |
| 11:42:27 | 12 | And so, there was really had I not left Kinney, I was -- I |
| 11:42:33 | 13 | think I would eventually have been arrested.  It was too |
| 11:42:38 | 14 | profitable for Kinney to allow me to come back to the U.S. |
| 11:42:42 | 15 | You know, the revenue, the profits were off the |
| 11:42:45 | 16 | charts.  You know, I was -- |
| 11:42:49 | 17 | MR. MORT:  I'm going to object. |
| 11:42:50 | 18 | THE COURT:  Ask a question. |
| 11:42:51 | 19 | Q.   (BY MR. MORT) So has -- if we call it Legis, we have |
| 11:42:58 | 20 | a common understanding it's the three companies you just |
| 11:43:02 | 21 | referred to? |
| 11:43:02 | 22 | A.   Sure.  Yes. |
| 11:43:03 | 23 | Q.   So since the beginning of 2007 -- Legis is your |
| 11:43:09 | 24 | company, right? |
| 11:43:09 | 25 | A.   2017? |

| | | |
|---|---|---|
| 11:43:10 | 1 | Q. I'm sorry. But Legis is your company, correct? |
| 11:43:14 | 2 | A. I'm the director of it. Technically, Alejandro |
| 11:43:19 | 3 | Vargas is the hundred-percent owner. But yes. I have -- |
| 11:43:23 | 4 | I've never denied that I have -- I'm one of the persons |
| 11:43:28 | 5 | who controls the company. Well, the way that we divide |
| 11:43:31 | 6 | our -- |
| 11:43:31 | 7 | Q. Sir, we just had a -- |
| 11:43:33 | 8 | A. It's not my company. Legally, I don't own it, but I |
| 11:43:36 | 9 | don't think that's -- I think that's not really, legally, |
| 11:43:41 | 10 | I don't own it, but I'm not trying to make some legal |
| 11:43:44 | 11 | argument that I don't own it, okay? Legally, I'm not an |
| 11:43:48 | 12 | owner of Legis. That's just a matter of us changing the |
| 11:43:52 | 13 | paperwork at some point, it just it hasn't -- I couldn't |
| 11:43:56 | 14 | be an owner initially of Legis. I didn't have -- you |
| 11:44:00 | 15 | can't apply for a work visa on your own in Hong Kong. You |
| 11:44:03 | 16 | can't just show up and ask for a work visa. I've started |
| 11:44:06 | 17 | my new business. A company has to sponsor a work visa for |
| 11:44:10 | 18 | you. |
| 11:44:11 | 19 | So that's why I couldn't be an owner for some |
| 11:44:17 | 20 | time, and since then, I became the director, which, you |
| 11:44:23 | 21 | know, I've taken a lot of -- I think I became a director |
| 11:44:26 | 22 | at some point in 2020, which I'm taking on a lot of |
| 11:44:31 | 23 | responsibility and liability in that sense and that I'm |
| 11:44:34 | 24 | basically running the company. But when you say this is |
| 11:44:36 | 25 | my company, yeah, I don't own Legis. But what I can say, |

| | | |
|---|---|---|
| 11:44:41 | 1 | the way that we -- we look at Jowers Vargas as one entity |
| 11:44:45 | 2 | even though legally, technically, it's not, right?  And we |
| 11:44:48 | 3 | look at I -- initially, it was 60 percent, I was an owner. |
| 11:44:56 | 4 | Yuliya Vinokurova was 30 percent and Alejandro Vargas was |
| 11:45:00 | 5 | 10 percent, okay? |
| 11:45:02 | 6 | The changes we've made as far as how we look at |
| 11:45:05 | 7 | it and the way that, you know, once we -- if there's a |
| 11:45:10 | 8 | point where we're sharing in profits -- because the |
| 11:45:12 | 9 | company, despite all the revenue and everything, hasn't |
| 11:45:15 | 10 | been so profitable.  But we have now -- Alexis Lamb is so |
| 11:45:23 | 11 | important to the company that she now is -- I took eight |
| 11:45:27 | 12 | percent from my 60 and gave to her; so now it's 52, 30, 10 |
| 11:45:34 | 13 | 8.  I'm 52.  Yuliya Vinokurova is 30.  Alexis Lamb -- oh, |
| 11:45:40 | 14 | excuse me, Alejandro Vargas is 10.  Alexis Lamb is 8. |
| 11:45:44 | 15 | And I have plans to give more of my percentage of |
| 11:45:50 | 16 | ownership to others in the future that have certainly, you |
| 11:45:55 | 17 | know, earned it, but that's kind of how we look at it |
| 11:45:59 | 18 | internally.  But for legal purposes, I'm not yet an owner |
| 11:46:05 | 19 | of the Legis Ventures Hong Kong Company, Limited.  When I |
| 11:46:08 | 20 | became a director in 2020, I haven't been back to Hong |
| 11:46:11 | 21 | Kong since then.  And it hasn't really been important to |
| 11:46:14 | 22 | us to like change that paperwork. |
| 11:46:18 | 23 | In the U.S. company, you know, it's a small |
| 11:46:21 | 24 | operation, you know, but the partners -- we have an |
| 11:46:25 | 25 | understanding of what our ownership interest is and how we |

|  |  |  |
|---|---|---|
| 11:46:28 | 1 | would share profits.  I mean, it's kind of silly to even |
| 11:46:32 | 2 | talk about how valuable the company may be in the future, |
| 11:46:36 | 3 | but all of that will be ironed out.  I've made promises to |
| 11:46:39 | 4 | people and I intend to keep them as far as what the |
| 11:46:41 | 5 | percentage ownership is. |
| 11:46:46 | 6 | Q.    So at all times, have you been 52 percent or higher |
| 11:46:49 | 7 | owner of the interest in the companies? |
| 11:46:54 | 8 | A.    From the beginning, it was understood by the initial |
| 11:46:59 | 9 | three cofounders, me, Yuliya and Alejandro -- is it okay |
| 11:47:05 | 10 | if I just use their first names? |
| 11:47:07 | 11 | Q.    I think it's better if you use their last. |
| 11:47:09 | 12 | A.    Okay.  Yuliya Vinokurova is a key cofounder.  She put |
| 11:47:14 | 13 | up a lot of -- she put up the most of the initial |
| 11:47:17 | 14 | investment for the company.  So she's -- and she's very |
| 11:47:20 | 15 | important to my practice.  So she's 30 percent.  Alejandro |
| 11:47:25 | 16 | Vargas is 10 percent.  Now, the reason why he's less is |
| 11:47:28 | 17 | because while he's very important to the company, he's |
| 11:47:31 | 18 | also the CEO and the general counsel of a successful |
| 11:47:34 | 19 | startup Lingble, which is now going through like series B |
| 11:47:38 | 20 | financing.  So he and I were going to do things 50-50, but |
| 11:47:43 | 21 | he couldn't commit full-time.  So that's why it was 60, |
| 11:47:47 | 22 | 30, 10. |
| 11:47:48 | 23 |           Alexis joined in 2017 and I always had an idea of |
| 11:47:53 | 24 | this role Alexis could play in our company.  Just like I |
| 11:47:56 | 25 | had for Yuliya and Alejandro.  So she joined and has been |

| | | |
|---|---|---|
| 11:48:02 | 1 | really -- she really runs the company.  I would say Alexis |
| 11:48:06 | 2 | in many ways is like our CEO, sort of.  Our manager, |
| 11:48:10 | 3 | right?  Our director, so to speak.  And so, of course, you |
| 11:48:14 | 4 | know, she should have an ownership interest.  That's why I |
| 11:48:19 | 5 | kind of lopped off.  Whenever I want to give an ownership |
| 11:48:22 | 6 | interest out, it's going to come from me, not from the |
| 11:48:25 | 7 | other partners.  So yeah.  And I have plans to lower my |
| 11:48:29 | 8 | interest going forward, but has nothing to do with |
| 11:48:31 | 9 | litigation strategy, if that's what you're getting at. |
| 11:48:33 | 10 | Q.    Amongst all the owners, you had a majority interest |
| 11:48:36 | 11 | at all times? |
| 11:48:37 | 12 | A.    Yes.  I've been 52 to 60 percent in the way we look |
| 11:48:41 | 13 | at it internally.  Again, in a legal sense and what's on |
| 11:48:48 | 14 | paper at Legis, I don't even own one percent.  But we've |
| 11:48:51 | 15 | always thought of it as partners that I had 60, and then, |
| 11:48:54 | 16 | it dropped to 52 when we -- when Alexis became a partner. |
| 11:49:01 | 17 | Q.    And if we go back to after -- the day after you left |
| 11:49:08 | 18 | Mr. Kinney's company. |
| 11:49:09 | 19 | A.    Okay. |
| 11:49:10 | 20 | Q.    Has Legis enjoyed success since then to today? |
| 11:49:17 | 21 | A.    I would say so.  Yeah. |
| 11:49:18 | 22 | Q.    Well, you talked earlier today, you were bragging |
| 11:49:20 | 23 | you've made 80 placements. |
| 11:49:22 | 24 | A.    No.  This has been a great year.  We made -- yeah, |
| 11:49:24 | 25 | we've made -- we're a small -- it depends how you define |

```
11:49:28   1  success.  We're a very small team, you know, so we're
11:49:33   2  basically two front line recruiters.  We have a U.S.
11:49:36   3  recruiter, then we have me in Asia, then we have
11:49:38   4  management and support, you know, that's how I -- my
11:49:42   5  vision was to build a recruiting company.
11:49:45   6          So yes.  This year, we've had 79 placements.
11:49:50   7  That's great for a company our size.  You look at a
11:49:53   8  company like Lateral Link, I think they've made 600
11:49:56   9  placements this year.  So it just depends on how you
11:49:59  10  define success.  I think we've been -- it's been difficult
11:50:05  11  because we've had to deal with a lot of obstacles.  We've
11:50:08  12  had to deal with legal fees, we've had to deal with other
11:50:13  13  issues.  Of course, we all dealt with the pandemic in
11:50:16  14  various ways.
11:50:17  15          So while we've been successful, you know --
11:50:21  16  again, please stop me from elaborating whenever you'd like
11:50:24  17  because I don't want to do anything wrong.  But the way I
11:50:26  18  operate differently is like, for example, my recruiter in
11:50:30  19  the U.S., Cat, who I have sort of a protege of mine I've
11:50:37  20  mentored, she's probably going to make -- well, at the
11:50:40  21  very minimum, she's going to make -- she's going to make
11:50:42  22  more than one million U.S. dollars this year in
11:50:45  23  commissions because I pay her 65 to 85 percent commission.
11:50:50  24  Even though I helped close deals, I'm involved.
11:50:53  25          Just because we make placements, it doesn't
```

| | | |
|---|---|---|
| 12:06:10 | 1 | And Constantine Pappas, I do recall the name, but I don't |
| 12:06:14 | 2 | think I spent that much time.  But yes, I'll say our team |
| 12:06:18 | 3 | Jowers Vargas made these. |
| 12:06:21 | 4 | Q.   And we're referring to the Nos. 35 to 53 on the third |
| 12:06:26 | 5 | slide. |
| 12:06:26 | 6 | A.   Yeah.  I apologize because now that I'm -- once we |
| 12:06:30 | 7 | start going more in time, there were placements that Adam |
| 12:06:36 | 8 | Langer made once he came on board, which was October 2018. |
| 12:06:41 | 9 | Once he came on board, there were placements being made in |
| 12:06:44 | 10 | the U.S., which I would not have recollection of because I |
| 12:06:48 | 11 | wasn't really involved.  If it was a partner-level person, |
| 12:06:53 | 12 | I got heavily involved.  But we're going to start seeing |
| 12:06:56 | 13 | names that I don't remember.  And now that we're looking |
| 12:07:01 | 14 | in 2019, that's probably why Constantine Pappas, Kyle |
| 12:07:06 | 15 | Menges, I don't remember those people, but I consider the |
| 12:07:10 | 16 | U.S. part of the company as part of the team.  But I can't |
| 12:07:15 | 17 | -- it's hard for me just off the top of my head to -- |
| 12:07:21 | 18 | Khadijah Owens, that was someone that the U.S. team made |
| 12:07:23 | 19 | that I wasn't really so involved in, for example.  Cat |
| 12:07:28 | 20 | made that.  So yeah.  But. |
| 12:07:32 | 21 | Q.   You mentioned Adam Langer, did he work for the Jowers |
| 12:07:35 | 22 | Langer, LLC? |
| 12:07:36 | 23 | A.   Yes, but we -- we had formed that and we were about |
| 12:07:41 | 24 | to start marketing it, but then, he decided to leave the |
| 12:07:44 | 25 | company.  And then, my U.S. team and my Hong Kong team |

| | | |
|---|---|---|
| 12:07:50 | 1 | said, hey, let's just forget about all this Jowers this, |
| 12:07:53 | 2 | Jowers that.  Just keep it Jowers Vargas.  But he made |
| 12:07:58 | 3 | some placements.  And then, the person that kind of took |
| 12:08:03 | 4 | over his lead role in the U.S., Cat.  Wow, you know, she's |
| 12:08:08 | 5 | -- she makes a lot placements.  And sometimes I'm involved |
| 12:08:11 | 6 | and sometimes not.  So yeah. |
| 12:08:13 | 7 | Q.   And you're the CEO of Jowers Langer, LLC? |
| 12:08:19 | 8 | A.   Jowers Langer still exists, I guess technically as an |
| 12:08:23 | 9 | entity.  I've never had the CEO -- we prefer -- I prefer |
| 12:08:29 | 10 | -- Yuliya, Yuliya Vinokurova, Alejandro Vargas and myself |
| 12:08:34 | 11 | we're cofounders.  No one has any other title, you know, |
| 12:08:37 | 12 | president, CEO.  We just don't have that.  Maybe we will |
| 12:08:40 | 13 | one day, if it's necessary.  We also have partners, Adam |
| 12:08:45 | 14 | Langer, we considered a partner. |
| 12:08:47 | 15 | Q.   Sir, I'm just asking your position at this time.  I'm |
| 12:08:52 | 16 | showing you -- have you seen this before?  This is a |
| 12:09:01 | 17 | document identifying the information for Jowers Langer, |
| 12:09:04 | 18 | LLC.  Do you see this? |
| 12:09:06 | 19 | A.   Yes.  We had a company -- we still have a company |
| 12:09:10 | 20 | Jowers Langer, LLC.  It's been really merged in with |
| 12:09:14 | 21 | Jowers Vargas. |
| 12:09:14 | 22 | Q.   I want to direct you to -- highlight it for you. |
| 12:09:19 | 23 | It's on the second page here.  Do you see your name Evan |
| 12:09:23 | 24 | Jowers? |
| 12:09:23 | 25 | A.   That's right. |

```
12:09:23   1   Q.   Do you see the title CEO?
12:09:26   2   A.   Somebody filled that in.  I don't -- I wouldn't have
12:09:31   3   called myself the CEO but if -- great.  It says I'm the
12:09:36   4   CEO.  Whatever that --
12:09:36   5   Q.   You have ownership and control interest in Jowers
12:09:39   6   Vargas -- sorry, Jowers Langer?
12:09:42   7   A.   The way we have that set up is, Adam Langer had 50
12:09:47   8   percent and I have 50 percent.  He left the company.
12:09:51   9   Q.   The title for Adam was other?
12:09:54  10   A.   Okay.  That's what it says.
12:10:05  11   Q.   I want to change topics slightly to a gentleman by
12:10:09  12   the name of Mr. Kang, which we have all gotten to know a
12:10:13  13   little bit more of.  You first met Mr. Kang back in 2009,
12:10:20  14   2010; is that correct?
12:10:21  15   A.   No.  I forget exactly when I met him.  We both had
12:10:28  16   gone to Oxford for part of our legal education and we met
12:10:32  17   through friends that way.  I recall that I have known him
12:10:36  18   since 2007, when he started his career.  When he finished
12:10:41  19   his -- he started his career at Cleary, I think in London,
12:10:46  20   and he was already reaching out to me for advice through
12:10:48  21   the -- there was a greeting associates board and I was the
12:10:55  22   HK recruiter on that board.
12:10:57  23   Q.   Sir, I'm just trying to get right now --
12:10:58  24   A.   Okay.  I don't remember exactly but it was -- I think
12:11:01  25   it was around 2007 when he first reached out to me and
```

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*

Exhibit 8 to Original Complaint                    Page 13 of 13