# VERIFIED RETURN OF SERVICE

Job # 2027063

**Client Info:**

ROBERT E. KINNEY, ESQ
824 W 10TH STREET. SUITE 200
AUSTIN, TX 78701

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>Counsel Holdings, Inc.<br>-versus-<br>**DEFENDANT:**<br>Evan P. Jowers, Legis Ventures (HK) Company Limited, Jowers Vargas LLC, and Jowers Langer LLC | UNITED STATES DISTRICT COURT for the Western District of Texas<br>Court Division: CIVIL<br>Court Case # **1:23-CV-711** |

**Service Info:**

**Date Received:** 11/28/2023 at **03:24 PM**
**Service:** I Served **JOWERS VARGAS LLC**
With: **SUMMONS IN A CIVIL ACTION // ORIGINAL COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF // EXHIBITS // FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**At Other 14909 VENOSA CIR JACKSONVILLE, FL 32258**
On **11/30/2023** at **04:40 PM**
**Manner of Service: POSTING**
Service was performed by posting in a conspicuous place on the premises.


I **Steven Cook** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**Steven Cook**
Lic # **1254**

**Jose Mejia PI, Inc.**
161 Bentley Drive
Miami Springs, FL 33166

Client # 950686
Job # 2027063




1 of 1

| Delivered: | 11/30/2023 at 03:24 PM | | |
|---|---|---|---|
| Server: | **STEVEN COOK** | License: | 1254 |

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

Counsel Holdings, Inc.

*Plaintiff(s)*

v.

Evan P. Jowers, Jowers Vargas LLC, Jowers Langer LLC, and Legis Ventures (HK) Company Limited

*Defendant(s)*

Civil Action No. 1:23-CV-00711

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jowers Vargas LLC
~~612 Hibiscus Drive~~
~~Hallandale Beach, FL 33009~~

~~Registered Agent:~~
~~LEGALINC CORPORATE SERVICES INC.~~
~~476 RIVERSIDE AVE.~~
~~JACKSONVILLE, FL 32202~~

**14909 VENOSA CIR**

**Jacksonville FL 32258**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Office of Robert E. Kinney, 824 W 10th Street, Suite 200, Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PHILIP J. DEVLIN
*CLERK OF COURT*

Date: 08/02/2023

*Signature of Clerk or Deputy Clerk*



JOSE H. MEJIA, P. I. INC. 161-E BENTLEY DR, MIAMI SPRINGS, FL 33166 (305) 871-6477 info@miamiprocessserver.com