# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

COUNSEL HOLDINGS, INC.

       **Plaintiff,**

       **v.**

EVAN P. JOWERS, JOWERS
VARGAS LLC, JOWERS LANGER
LLC, AND LEGIS VENTURES (HK)
COMPANY LIMITED

       **Defendants**

**Civil Action No 1:23-CV-711**

## DECLARATION OF ROBERT E KINNEY

I, Robert E. Kinney, declare as follows:

1.      My name is Robert E. Kinney. I am of sound mind, I am capable of making this declaration ("**Declaration**"), and I have personal knowledge of the facts stated in this Declaration. All the facts stated in this Declaration are true and correct. I am over 21 years of age and have never been convicted of a felony or a crime of moral turpitude in any jurisdiction.

2.      I represent Counsel Holdings, Inc., in this case.

3.      Pursuant to the Court's Order dated November 21, 2023, I delivered to a trusted process service company in Florida 1) copies of the summonses in a civil action to Evan Jowers and Jowers Vargas LLC, 2) the complaint, 3) the civil cover sheet, and 4) the certificate of interested parties, and instructed the process server to either provide these to any person over the age of 16 at 14909 Venosa Circle, Jacksonville, FL 32258, or post the materials on the front door.

4.      Based on the verified returns of service I received, these items were posted on November 30, 2023, at the Venosa Circle address. The process server provided a photograph of the posted service materials, which I have attached hereto as **Exhibit A**. The street number, 14909 is visible above the garage, and the summonses to each of Evan Jowers and Jowers Vargas LLC are visible posted on the door.

5.      As instructed by the Court, I also emailed these materials to evan@jowersvargas.com and ejowers@laterallink.com. The email sent to those addresses is attached hereto as **Exhibit B**, and it was sent on December 4, 2023.

6.      I believe that service is complete on Jowers Vargas LLC and Evan Jowers in this case as of December 4, 2023.

7.      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

8.      Executed on December 4, 2023.


/s/ Robert E Kinney

Robert E. Kinney



**Exhibit A to REK Decl.**                    **Page 1 of 1**

## Service of Process - 1:23-CV-00711-RP, Counsel Holdings, Inc vs. Evan Jowers et al

**Robert Kinney** <robert@kinneypc.com>                                                                    Mon, Dec 4, 2023 at 5:06 PM
To: Evan Jowers <evan@jowersvargas.com>, "ejowers@laterallink.com" <ejowers@laterallink.com>
Cc: Ray Mort <raymort@austinlaw.com>

By order of the US District Court for the Western District of Texas, Austin Division, dated November 21, 2023, in the above-
referenced case, please find an attached PDF file containing the following:

1. Summonses to Evan Jowers and Jowers Vargas LLC.
2. The complaint in the above-referenced case.
3. The civil cover sheet in the above referenced case.
4. The corporate disclosure statement in the above-referenced case.

Robert E. Kinney, Esq.
Attorney at Law
Mobile: +1-512-636-1395

_____
This communication may be privileged or contain confidential information. If it has been sent to you in
error, please do not read it, reply to the sender that you received it in error, and delete it.  Any distribution
or other reproduction is strictly prohibited.
_____

 **Substitute Service Set for Email.pdf**
5620K

**Exhibit B to REK Decl.**                                                                    **Page 1 of 1**