UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COUNSEL HOLDINGS, INC.**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED**<br><br>　　　　**Defendants** | Civil Action No 1:23-CV-711 |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS**

On December 26, 2023, Defendants filed a Motion to Dismiss the Complaint in this case. Pursuant to Local Rule CV-7(D)(2), Counsel Holdings, Inc. ("**Plaintiff's**") response is due on Tuesday, January 9. 2024. Primary counsel for Plaintiff, Robert Kinney, is currently in Buenos Aires, Argentina, assisting with care for a hospitalized and critically ill family member. Due to uncertainty about when Mr. Kinney will be able to return to the United States, Plaintiff hereby requests a four-week extension until February 6, 2024, to respond to the Motion to Dismiss. Plaintiff has consulted with Mr. Jowers, who is unopposed to this request.

Dated: January 2, 2024          Respectfully Submitted,

                         /s/ Robert E. Kinney
                         Robert E. Kinney
                         Texas State Bar No. 00796888
                         Robert@KinneyPC.com

                         **Robert E. Kinney**
                         824 West 10th Street, Suite 200
                         Austin, Texas 78701
                         Tel: (512) 636-1395

                         Raymond W. Mort, III
                         Texas State Bar No. 00791308
                         raymort@austinlaw.com

                         **THE MORT LAW FIRM, PLLC**
                         501 Congress Ave, Suite 150
                         Austin, Texas 78701
                         Tel/Fax: (512) 865-7950

                         **ATTORNEYS FOR PLAINTIFF**