UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COUNSEL HOLDINGS, INC.**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED**<br><br>    **Defendants** | **Civil Action No 1:23-CV-711** |

### PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT JOWERS VARGAS LLC

Pursuant to Federal Rule of Civil Procedure 55(a), Counsel Holdings, Inc. ("**Counsel**") respectfully requests that the Clerk enter default against Defendant Jowers Vargas LLC and in support states:

1. Defendant Jowers Vargas LLC ("**Jowers Vargas**") was properly served with a copy of Plaintiff's complaint and summons on November 30, 2023. (Dkt. 19). Service was proper under the Court's Order dated November 21, 2023, regarding substituted service.

2. Jowers Vargas was required to file responsive pleadings within 21 days of being served, which was on December 21, 2023. To date, Jowers Vargas has not filed an answer or other responsive pleading, nor has it requested additional time to do so. (*See* **Exhibit 1**, REK Decl., at ¶4).

Accordingly, the Clerk should enter default against Jowers Vargas.

Dated: February 3, 2024					Respectfully Submitted,

							/s/ Robert E. Kinney
							Robert E. Kinney
							Texas State Bar No. 00796888
							Robert@KinneyPC.com

							**Robert E. Kinney**
							824 West 10th Street, Suite 200
							Austin, Texas 78701
							Tel: (512) 636-1395

							Raymond W. Mort, III
							Texas State Bar No. 00791308
							raymort@austinlaw.com

							**THE MORT LAW FIRM, PLLC**
							501 Congress Ave, Suite 150
							Austin, Texas 78701
							Tel/Fax: (512) 865-7950

							**ATTORNEYS FOR PLAINTIFF**