UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| COUNSEL HOLDINGS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED<br><br>    Defendants | Civil Action No 1:23-CV-711 |

**DECLARATION OF ROBERT E KINNEY**

I, Robert E. Kinney, declare as follows:

1. My name is Robert E. Kinney. I am of sound mind, I am capable of making this declaration ("**Declaration**"), and I have personal knowledge of the facts stated in this Declaration. All the facts stated in this Declaration are true and correct. I am over 21 years of age and have never been convicted of a felony or a crime of moral turpitude in any jurisdiction.

2. I represent Counsel Holdings, Inc., in this case.

3. Defendant Jowers Vargas LLC was properly served with a copy of Plaintiff's company and respective summonses on November 30, 2023. (Dkt. 19).

4. To date, Jowers Vargas has not filed an answer or other responsive pleading, nor has it requested additional time to do so.

5. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

6. Executed on February 3, 2024.

/s/ Robert E Kinney
Robert E. Kinney