UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| **COUNSEL HOLDINGS, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED**<br><br>Defendants | 1:23-CV-711 |

**[PROPOSED] ORDER**

On this day, the Court considered the Motion to Dismiss of Evan P. Jowers.

After considering the parties' briefing and the relevant law, the Court DENIES Mr. Jowers's Motion to Dismiss in its entirety.

                                                                       _____

                                                                       ROBERT PITMAN<br>
                                                                       UNITED STATES DISTRICT JUDGE