UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

COUNSEL HOLDINGS, INC.

Plaintiff

v.   Civil No. 1:23-CV-00711-RP

EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED

Defendants

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the defendant JOWERS VARGAS LLC and it further appearing from the Plaintiff's motion that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this the 6th day of February 2024, DEFAULT is hereby entered against defendant JOWERS VARGAS LLC.

Phillip Devlin, CLERK
U.S. DISTRICT COURT
By: _____Christina Cordero_____
Deputy Clerk