**FILED**

March 14, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ CC

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

COUNSEL HOLDINGS, INC.,

        Plaintiff

        v.

EVAN P. JOWERS, LEGIS VENTURES
(HK) COMPANY LIMITED, JOWERS
VARGAS LLC, and JOWERS LANGER,
LLC,

        Defendants.

**Civil Action No. 1:23-CV-711**

### DEFENDANT PRO SE'S NOTICE TO THE COURT THAT DEFENDANT HAS NO ACCESS TO THE DOCKET THROUGH PACER OR OTHER-WISE

Defendant Evan Jowers ("Mr. Jowers") hereby files this notice to the Court regarding his inability to access the docket for this litigation and that he is un-aware of and has not been served any rulings orders by the Court, if there have been any.

The Court is aware that Mr. Jowers is pro se and the Court is aware that Mr. Jowers has no access to the Pacer system.

The Plaintiff Mr. Kinney has emailed Mr. Jowers his filing with the Court in response to Defendant's Motion to Dismiss.

Mr. Jowers asks that the Court please serve him by email at **evan@jowersvargas.com** any Court rulings or orders. Mr. Jowers requests that any necessary mailings from the Court go to: 4546 King Street, Metairie, LA 70001.

Mr. Jowers requests that the Court considers his right to due process in this matter by being made aware of all the Court rulings and orders in this case. At this point, Mr. Jowers reasonably assumes there has been no activity in this litigation since he filed his Motion to Dismiss and Mr. Kinney's subsequent response.

Dated: March 14, 2024                         Respectfully Submitted,

                                             /s/ Evan P. Jowers
                                             Evan P. Jowers, Pro Se
                                             4546 King Street
                                             Metaire, LA 70001
                                             **evan@jowersvargas.com**
                                             (917) 292 - 8657

### CERTIFICATE OF SERVICE

On March 14, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, via the Pro Se electronic drop box. I hereby certify that I have served the document on all counsel and parties of record by a manner authorized by the Federal Rules of Civil Procedure 5(b) (2).

**DEFENDANT'S NOTICE TO THE COURT**