IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC., <br><br> Plaintiff <br><br> v. <br><br> EVAN P. JOWERS, <br><br> Defendants. | Civil Action No. 1:18-CV-444-RP |

### DECLARATION OF EVAN P. JOWERS

I Evan P. Jowers declare:

1. I am Evan P. Jowers and am over the age of 18 and am otherwise competent to testify.

2. I have not been served by the Court any rulings or orders since I became Pro Se in this case in November 2023. I provided the Court my email address in November 2023, at the Court's request, for the purpose of being served fillings by the Plaintiff and rulings and orders by the Court.

Executed on March 14, 2024

By: /s/ Evan Jowers.
*Pro Se*
evan@jowersvargas.com
(917) 292-86

**DEFENDANT EVAN P. JOWERS' DECLARATION - Page 1**