IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COUNSEL HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-711-RP |
| | § | |
| EVAN P. JOWERS, LEGIS VENTURES (HK) COMPANY LIMITED, JOWERS VARGAS LLC, and JOWERS LANGER LLC, | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is a notice filed by Defendant Evan P. Jowers ("Jowers"). (Dkt. 27). In his notice, Jowers states that he is unable to access the docket for this litigation and that he is "unaware of and has not been served any ruling orders by the Court, if there have been any." (*Id.* at 1). Jowers states that "the Court is aware that Mr. Jowers is pro se and the Court is aware that Mr. Jowers has no access to the Pacer system." (*Id.*). Jowers requests that the Court serve him any Court rulings or orders by email. He further requests that the Court update his mailing address on file to 4546 King Street, Metairie, LA 70001. (*Id.*).

Although Jowers is not required to do so, Jowers may file a *pro se* motion for permission to file electronically. Such permission would enable Jowers to receive notification of Court filings by email and review all docket activity. The Court therefore encourages Jowers to obtain electronic filing permission in order to ensure timely receipt of all filings in this case. The Cout has updated Jowers' mailing address on file to 4546 King Street, Metairie, LA 70001 and will continue to serve Jowers with case filings to his mailing address on record.

In the case of any future changes to Jowers' contact information, he is responsible for updating his address with the Court. "An unrepresented party and any attorney representing a party

1

must timely inform the court of any change in the party's or attorney's mailing address, e-mail address, signature, or telephone or fax number." W.D. Tex. Loc. R. CV-10(d); *see also* Pro Se Manual, https://www.txwd.uscourts.gov/filing-without-an-attorney/.

**SIGNED** on March 21, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE