IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COUNSEL HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-711-RP |
| | § | |
| EVAN P. JOWERS, LEGIS VENTURES (HK) COMPANY LIMITED, JOWERS VARGAS LLC, and JOWERS LANGER LLC, | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 15, 2024, Defendant Evan P. Jowers ("Jowers") filed a Notice of Suggestion on Pendency of Bankruptcy in a related action: 1:18-cv-00444-RP. (*See* Notice of Suggestion on Pendency of Bankruptcy, MWK Recruiting Inc v. Jowers et al., 1:18-cv-00444-RP (W.D. Tex. Apr. 15, 2024), Dkt. 448). In the notice, Jowers states that he has filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code. (*Id.*). Subsequently, the Court stayed the related action pursuant to 11 U.S.C. § 362. (Order, MWK Recruiting Inc v. Jowers et al., 1:18-cv-00444-RP (W.D. Tex. Apr. 19, 2024), Dkt. 450). Jowers has filed no such notice of bankruptcy in the instant case.

Accordingly, **IT IS ORDERED** that Jowers, on or before **May 10, 2024**, file in the instant case either: (1) a notice of suggestion on pendency of bankruptcy; or (2) a written submission advising the Court as to why this action should not be stayed as to Jowers pursuant to 11 U.S.C. § 362.

**SIGNED** on May 3, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE