IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COUNSEL HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-711-RP |
| | § | |
| EVAN P. JOWERS, LEGIS | § | |
| VENTURES (HK) COMPANY LIMITED, | § | |
| JOWERS VARGAS LLC, and JOWERS | § | |
| LANGER LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 3, 2024, the Court ordered Defendant Evan P. Jowers ("Jowers") to file a notice of
suggestion on pendency of bankruptcy or a written submission advising the Court as to why this
action should not be stayed as to Jowers pursuant to 11 U.S.C. § 362 on or before May 10, 2024.
(Order, Dkt. 30). Jowers has yet to file anything in this action even though he filed a notice of
suggestion on pendency of bankruptcy in a related action on April 15, 2024. (*See* Notice of
Suggestion on Pendency of Bankruptcy, MWK Recruiting Inc v. Jowers et al., 1:18-cv-00444-RP
(W.D. Tex. Apr. 15, 2024), Dkt. 448).

The Court **ORDERS** that the parties submit a joint status report to the Court, advising the
Court of the status of this litigation, **on or before May 22, 2024**.

**SIGNED** on May 15, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1