## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**COUNSEL HOLDINGS, INC.**

**Plaintiff,**

**v.**

**EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED**

**Defendants**

**Civil Action No 1:23-CV-711**

### PLAINTIFF'S STATUS REPORT

Counsel Holdings, Inc. ("**Plaintiff**") hereby responds to the Court's Order of May 16, 2024, ordering the parties to submit a joint status report. Primary counsel for Plaintiff, Robert Kinney, has been traveling internationally in Asia since May 14, 2024. On May 16, 2024, Jowers's "Notice of Suggestion on Pendency of Bankruptcy" was served by ECF in this case, Dkt. 31. Counsel for Plaintiff noted this filing and assumed that the filing constituted Jowers's Response to the Court's Order of May 3, 2024, that he file a status report. Shortly after this filing was served by ECF, the Court's Order that a Joint Status Report be filed by the parties by May 22, 2024, was also served by ECF, Dkt. 32. Plaintiff's counsel regrettably overlooked the Court's Order to file a joint status conference until Jowers sent the attached email messages today, May 23, 2024. Mr. Jowers clearly believes that this case is stayed automatically because of his

bankruptcy filing. Plaintiff agrees that the case is automatically stayed until Jowers's bankruptcy has been dismissed or the automatic stay lifted by order of the bankruptcy court. Due to the time zone difference, the fact that this filing is already late, and the clear agreement by the parties that this case is automatically stayed at this juncture, Plaintiff hereby files this status report without further consultation with Jowers.

Dated: May 23, 2024                         Respectfully Submitted,


                                            /s/ Robert E. Kinney
                                            Robert E. Kinney
                                            Texas State Bar No. 00796888
                                            Robert@KinneyPC.com

                                            **Robert E. Kinney**
                                            824 West 10th Street, Suite 200
                                            Austin, Texas 78701
                                            Tel: (512) 636-1395

                                            Raymond W. Mort, III
                                            Texas State Bar No. 00791308
                                            raymort@austinlaw.com

                                            **The Mort Law Firm, PLLC**
                                            501 Congress Ave, Suite 150
                                            Austin, Texas 78701
                                            Tel/Fax: (512) 865-7950


                                            **Attorneys for Plaintiff**


### Certificate of service

On May 23, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).