### filed these with the W Dist Texas today in original litigation

**Evan Jowers** <evan@jowersvargas.com>  Wed, May 22, 2024 at 10:53 PM
To: Robert Kinney <robert@kinneypc.com>
Cc: Ray Mort <raymort@austinlaw.com>

Hi Robert,

As you know, on April 15, I filed the notice of pending bankruptcy and automatic stay, along with chapter 11 petition for BOTH of our litigations in the W Dist of Texas, with Judge Pitman. I emailed you as a courtesy with both filings that day.

I was very surprised on May 10 to find out that the Court did not have this filing for the alter ego case and I had to file again that same day. I did refile that same day.

Then I found out yesterday for the first time that the second filing had also disappeared and that we were ordered to file a joint status report yesterday on the matter.

I called the clerk's office multiple times today and left a voicemail, but had no call back.

So I refiled a third time the same filing in our alter ego case, but this time with a declaration and exhibits.

I have not heard from you re having a joint status report, so I just skipped that.

I am quite frustrated with this Court and all the anomalies so I included a declaration with some exhibits, and explained how things are going from my perspective and asked that I not be given any more orders to comply with unless and until the automatic stay is removed.

I am attaching the docs I filed here for your convenience.

By the way, I have no idea what happened yesterday before that bankruptcy court hearing. I had never authorized any deal re any relief from the stay on the appeals. Those attorneys from Van Horn Group had no authorization from me to do any deals. That is why Zach took over the hearing and argued. Apologies for any frustration caused if you guys understood there was a deal I was signing off on.

I need those VHG attorneys and paralegals to help me with all the bankruptcy docs and filing and rules, but Chad Van Horn thought Zach was handling the hearing so he did not show up, and instead the junior associate was initially handling and was planning to agree to some deal on my behalf, so I had to shut that down.

Best,

Evan

---------- Forwarded message ---------
From: **Evan Jowers** <evan@jowersvargas.com>
Date: Mon, Apr 15, 2024 at 11:24 PM
Subject: Re: filed these with the W Dist Texas today in original litigation
To: Robert Kinney <robert@kinneypc.com>
Cc: Ray Mort <raymort@austinlaw.com>

[Quoted text hidden]

**6 attachments**



Screenshot_20240522_012155_Gallery.jpg
345K



petition for Chapter 11 filing.pdf
7262K

4.15.24 - notice of chapter 11 filing, alter ego case, PDF.pdf
106K

PDF May 22 2024 Declaration of Evan P Jowers.pdf
107K

April 15 2024 email #1.pdf
96K

April 15 email #2.pdf
105K