FILED
May 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____pg_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COUNSEL HOLDINGS, INC., <br><br> Plaintiff <br><br> v. <br><br> EVAN P. JOWERS, <br><br> Defendants. | Civil Action No. 1:23-CV-711 |

## NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR EVAN P. JOWERS, AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that, on April 15, 2024, Evan Philip Jowers ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"). The Debtors' chapter 11 case is pending before the Honorable Mindy A. Mora, United States Bankruptcy Judge, and is being administered in In re Evan Philip Jowers, Case Number 24-13584. Please see Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of his voluntary petition gives rise to a stay, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other

action or proceeding against the Debtor (i) that was or could have been commenced before the commencement of the Chapter 11 Case or (ii) to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (b) the enforcement, against any of the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained prior to the commencement of the Chapter 11 Case; (c) any act to obtain possession of property of or from the Debtor's bankruptcy estates[1], or to exercise control over property of the Debtor's bankruptcy estates. See Marcus, Stowell & Beye Gov't Sec., Inc. v. Jefferson Inv. Corp., 797 F.2d 227, 230 n.4 (5th Cir. 1986) No order has been entered in the Chapter 11 Case granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtor's Chapter 11 Case may be obtained by (i) visiting the Court's website at https://ecf.flsb.uscourts.gov/cgi-bin/login.pl  (PACER login and password required) in accordance with the procedures and fees set forth therein, or (ii) contacting the counsel for the Debtor: Zermay Law, P.A., Zachary Z. Zermay Esq.; 3000 Coral Way, Suite 1115, Coral Gables, FL 33145; telephone:(305)767-3529 zach@zermaylaw.com, info@zermaylaw.com

---

[1] Nothing herein shall constitute a waiver of the Debtor's rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases. Debtor expressly reserves all rights to contest any claims that may be asserted against the Debtor.

Dated: April 15, 2024                               Respectfully Submitted,

/s/ Evan P. Jowers
Evan P. Jowers, Pro Se
4546 King Street
Metaire, LA 70001
evan@jowersvargas.com
(917) 292 - 8657

**CERTIFICATE OF SERVICE**

On April 15, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, via the Pro Se electronic drop box. I hereby certify that I have served the document on all counsel and parties of record by a manner authorized by the Federal Rules of Civil Procedure 5(b) (2).

# EXHIBIT A