IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COUNSEL HOLDINGS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-711-RP |
| EVAN P. JOWERS, LEGIS VENTURES (HK) COMPANY LIMITED, JOWERS VARGAS LLC, JOWERS LANGER LLC, | § § § § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is Defendant Evan P. Jowers's ("Jowers") Suggestion of Bankruptcy (Dkts. 31, 34). Jowers represents that he is a debtor in a Chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 24-13584. (*Id.*; *see also* Bankruptcy Petition, Dkt. 31-1).

The filing of a bankruptcy petition renders this action subject to the automatic stay codified in 11 U.S.C. § 362. *See Matter of Reitnauer*, 152 F.3d 341, 343 n.4 (5th Cir. 1998) ("Section 362 provides that the filing of a voluntary petition in bankruptcy operates as a stay of the commencement or continuation of a judicial proceeding against the debtor that was or could have been commenced before the commencement of the Title 11 action.") (citing *Commonwealth Oil Refining Co., Inc. v. United States Environmental Protection Agency*, 805 F.2d 1175, 1182 (5th Cir. 1986)).

Accordingly, **IT IS ORDERED** that this action is automatically stayed with respect to all defendants pursuant to 11 U.S.C. § 362.

**IT IS FURTHER ORDERED** that Jowers file a status report with this Court on a quarterly basis detailing the status of the bankruptcy action, with the first report being due on

**August 22, 2024**. Additionally, the parties are **ORDERED** to notify this Court immediately should the bankruptcy action be terminated.

    **SIGNED** on May 24, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE