**FILED**
October 01, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_Christian Rodriguez\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MWK RECRUITING, INC. / COUNSEL HOLDINGS INC., <br><br> Plaintiff <br><br> v. <br><br> EVAN P. JOWERS, LEGIS VENTURES (HK) COMPANY LIMITED, JOWERS VARGAS LLC, and JOWERS LANGER, LLC, <br><br><br> Defendants. | Civil Action No. 1:23-CV-711 |

## BANKRUPTCY STATUS REPORT

Evan P. Jowers' bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In Re: Evan Phillip Jowers, No. 24-13584, with the latest activity being Counsel Holdings' filing a motion to dismiss Mr. Jowers counterclaim for violations of the Florida Consumer Credit Protection Act (for Mr. Robert E. Kinney's threats in writing to Mr. Jowers, his mother and wife).

Counsel Holdings has also recently filed an adversarial claim against Mr. Jowers, arguing that the underlying civil judgement at issue in this Court in the Western District of Texas (No. 1:18-CV-444) was actually for embezzlement and fraud, which if true would cause the judgement to not be dischargeable in the Chapter 11 bankruptcy. It's expected that the litigation

on this adversarial claim by Counsel Holdings will take several months at minimum, and may include a trial with jury.

| | |
|---|---|
| Dated: September 30, 2024 | Respectfully submitted |
| | /s/ Evan P. Jowers |
| | Pro Se |
| | 4 17th Ave S |
| | Lake Worth Beach, FL 33467 |
| | Tel: (917) 292 8657 |
| | evan@jowersvargas.com |

_____

**CERTIFICATE OF SERVICE**

On September 30, 2024, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, via the Pro Se electronic drop box. I hereby certify that I have served the document on all counsel and parties of record by a manner authorized by the Federal Rules of Civil Procedure 5(b) (2).