IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COUNSEL HOLDINGS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-711-RP |
| EVAN P. JOWERS, et al., | § § | |
| Defendants. | § § | |

**ORDER**

On May 24, 2024, the Court stayed this case pending Defendant Evan P. Jowers' bankruptcy proceeding. (Dkt. 36).

**IT IS ORDERED** that the parties jointly file status reports with this Court on a quarterly basis detailing the status of the bankruptcy action, with the next report being due **April 4, 2025**. Additionally, the parties are **ORDERED** to notify this Court immediately should the bankruptcy action be terminated.

**SIGNED** on March 3, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE