UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COUNSEL HOLDINGS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED<br><br>　　　　Defendants | Civil Action No 1:23-CV-711 |

**JOINT STATUS REPORT**

　　　　Pursuant to the Court's Order dated March 3, 2025 (Dkt. 40), the parties hereby jointly file this status report. Evan Jowers's bankruptcy proceedings are ongoing in the United States Bankruptcy Court in the Southern District of Florida, In re: Evan Phillip Jowers, No. 24-13584. Counsel Holdings has filed an adversarial claim against Mr. Jowers challenging the dischargeability of the civil judgment against Mr. Jowers that was issued by this Court. Litigation on the adversarial claim could take considerable additional time, but the parties do have a judicial settlement conference scheduled for later this month before Hon. Paul G. Hyman, United States Bankruptcy Judge. This filing is submitted with the consent and approval of counsel for all parties.

Dated: April 4, 2025                Respectfully Submitted,

/s/ Robert E. Kinney
Robert E. Kinney
Texas State Bar No. 00796888
Robert@KinneyPC.com

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

On April 4, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).