IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COUNSEL HOLDINGS, INC., | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:23-CV-711-RP |
| EVAN P. JOWERS, et al., | | |
| Defendants. | | |

## ORDER

On May 24, 2024, the Court stayed this case pending Defendant Evan P. Jowers' bankruptcy proceeding. (Dkt. 36). On March 3, 2025, the Court ordered that the parties file joint status reports on a quarterly basis, with the first report due April 4, 2025. The parties filed their last status report on April 4, 2025, and have not timely filed their subsequent quarterly status report.

**IT IS ORDERED** that the parties jointly file status reports with this Court on a quarterly basis detailing the status of the bankruptcy action, with the next report being due **July 25, 2025.** Additionally, the parties are **ORDERED** to notify this Court immediately should the bankruptcy action be terminated.

**SIGNED** on July 11, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE