UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| **COUNSEL HOLDINGS, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED**<br><br>**Defendants** | **Civil Action No 1:23-CV-711** |

## JOINT STATUS REPORT

Pursuant to the Court's Orders dated March 3, 2025 (Dkt. 40), and July 11, 2025 (Dkt. 42), the parties hereby jointly file this status report. The parties participated in a judicial settlement conference before Hon. Paul G. Hyman, United States Bankruptcy Judge, on May 20, 2025. The parties agreed thereafter to settle all outstanding matters pursuant to a settlement stipulation that has been signed by the parties and a separate settlement agreement has now been signed by two non-parties who are co-plaintiffs with Evan Jowers in defamation litigation pending in Hong Kong. It is anticipated that the bankruptcy court will approve the settlement. This filing is submitted with the consent and approval of counsel for all parties.

Dated: October 16, 2025            Respectfully Submitted,

<u>/s/ Robert E. Kinney</u>
Robert E. Kinney
Texas State Bar No. 00796888
Robert@KinneyPC.com

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

On October 16, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).