UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COUNSEL HOLDINGS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED<br><br>    Defendants | Civil Action No 1:23-CV-711 |

PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE CLOSURE

Counsel Holdings, Inc. ("Plaintiff") files this Unopposed Motion for Administrative Closure and respectfully shows the Court as follows:

Following continued litigation and related proceedings, the Parties participated in a judicial settlement conference and thereafter entered into a written settlement agreement resolving the disputes at issue in this case and in the related action pending before this Court, *Counsel Holdings, Inc. v. Jowers*, No. 1:18-CV-444-RP. The settlement provides for a structured payment arrangement extending over time and contemplates that both federal actions pending in the Western District of Texas be administratively closed during the pendency of Defendant's payment obligations, with the Court retaining jurisdiction to reopen the actions in the event of a default.

Administrative closure is appropriate and within the Court's inherent authority to manage its docket. *See Southern Louisiana Cement, Inc. v. Van Aalst Bulk Handling, B.V.*, 383 F.3d 297, 302 (5th Cir. 2004). Administrative closure is not a dismissal, does not divest the Court of jurisdiction, and preserves the Court's ability to reopen the case upon motion.

Defendants do not oppose the relief requested in this Motion.

Accordingly, Plaintiff respectfully requests that the Court enter an order administratively closing this action during the pendency of Defendant's settlement payment obligations, retaining jurisdiction to reopen the action upon motion in the event of a default under the settlement agreement, and granting such other and further relief as the Court deems just and proper.

Dated: December 18, 2025                           Respectfully Submitted,

/s/ Robert E. Kinney
Robert E. Kinney
Texas State Bar No. 00796888
Robert@KinneyPC.com

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

On December 18, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).