**FILED**
December 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_JG\_\_\_\_\_
DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **COUNSEL HOLDINGS, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**EVAN P. JOWERS, JOWERS VARGAS LLC, JOWERS LANGER LLC, AND LEGIS VENTURES (HK) COMPANY LIMITED**<br><br>**Defendants** | **1:23-CV-711** |

## ORDER

On this day, the Court considered Plaintiff Counsel Holdings, Inc.'s Unopposed Motion for Administrative Closure. Having considered the Motion, the record, and the Parties' settlement, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that this action is ADMINISTRATIVELY CLOSED during the pendency of Defendant's settlement payment obligations.

IT IS FURTHER ORDERED that the Court expressly RETAINS JURISDICTION to reopen this action upon motion of a party in the event of a default under the settlement agreement.

All relief not expressly granted herein is DENIED.

SIGNED this 22nd day of December, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE